[No. 20295-0-III.   Division Three.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY D. LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02835-1, Linda G. Tompkins, J., entered June 20, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20518-5-III.   Division Three.   November 12, 2002.]

CHARLES LLOYD, *Appellant*, v. SPOKANE REGIONAL HEALTH DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-01664-1, Paul A. Bastine, J., entered August 23, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20867-2-III.   Division Three.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL WILLIAM CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00057-2, Rebecca M. Baker, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 47843-5-I; 48941-1-I.   Division One.   November 12, 2002.]

*In the Matter of the Parentage of* DOMINICK EMIL MAY-DOUGLASS.

DESIREE LUANNA DOUGLASS, *Petitioner*, v. ROBERT JOSEPH MAY, *Respondent*.

Appeals from judgments of the Superior Court for King County, No. 94-5-03704-9, Suzanne M. Barnett and Steven G. Scott, JJ., and Nancy Bradburn-Johnson, J. Pro Tem., entered November 14, 2000, February 23, 27 and June 21, 2001. *Affirmed* by unpublished per curiam opinion.